## 50069. SHERRON v. CRADDOCK et al.

STOLZ, Judge.

The appeal in this case is from a judgment based on a

jury verdict. A transcript of the evidence is essential to determine the merits of the enumerations of error, but none is before this court.

The case is controlled by rulings of this court exemplified by *Woods v. Canady*, 126 Ga. App. 389 (2, 3, 4) (190 SE2d 920) and cits. and *Freedle v. Galloway*, 133 Ga. App. 424 (211 SE2d 29) and cits.

*Judgment affirmed. Deen, P. J., and Evans, J., concur.*

ARGUED JANUARY 14, 1975 — DECIDED JANUARY 30, 1975 — REHEARING DENIED FEBRUARY 11, 1975 — ■■■

*Ezra Shimshi,* for appellant.

*John F. Davis, Jr., Richard L. Ormand,* for appellees.